NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAHRAM MOGHADDAM, <br><br> Plaintiff, <br><br> vs. <br><br> JAGUAR LAND ROVER NORTH AMERICA, LLC and DOE 1 through DOE 10, inclusive, <br><br> Defendants. | CASE NO.: 2:17-cv-3716 KS <br><br> *Assigned to* United States Magistrate Judge Hon. Karen L. Stevenson <br><br> [~~PROPOSED~~] JUDGMENT AFTER TRIAL <br><br> Trial Date: October 2, 2018 |

This action came on regularly for trial from October 2, 2018 to October 5, 2018, in Courtroom 580 of the United States District Court, the Honorable Karen L. Stevenson presiding.[1] Plaintiff Bahram Moghaddam appeared by attorneys Laura Goolsby and David McGaffey of Bickel Law Firm. Defendant Jaguar Land

---

[1] On September 20, 2018, the parties consented to proceed before United States Magistrate Judge Karen L. Stevenson for all further proceedings and the case was reassigned from the docket of District Judge Michael W. Fitzgerald. (*See* Dkt. Nos. 72, 73, 74.)

Rover North America, LLC appeared by attorneys Michael Hurvitz and Lindsay Carlson of Bowman and Brooke LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned its verdict, finding in favor of Jaguar Land Rover North America, LLC.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in the action be entered as follows:

In accordance with the verdict form dated October 5, 2018, judgment is entered in favor of defendant Jaguar Land Rover North America, LLC and against plaintiff Bahram Moghaddam who shall recover nothing from Jaguar Land Rover North America, LLC. Jaguar Land Rover North America, LLC shall recover costs from plaintiff Bahram Moghaddam as determined by the Clerk of the Court.

DATED: October 10, 2018

_____
Honorable Karen L. Stevenson
United States District Court Magistrate Judge